UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON LABORIN,<br><br>Defendant. | No. 2:15-cr-00002-KJM |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON LABORIN,<br><br>Defendant. | No. 2:06-cr-00193-JAM<br><br>RELATED CASE ORDER |

On June 8, 2015, the parties filed a stipulated related case memorandum, requesting the above-captioned 2006 case be reassigned to the undersigned in accordance with Local Rule 123(f). (ECF No. 30.) Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(f). As a result, it is hereby ORDERED that the

1

following case, No. 06-cr-00193-JAM, is reassigned to the undersigned.  Henceforth, the caption on documents filed in the reassigned case shall be shown as:  No. 2:06-cr-00193-KJM.

        IT IS SO ORDERED.

DATED:  July 16, 2015.

_____
UNITED STATES DISTRICT JUDGE